## WESTERN DISTRICT OF MISSOURI
### SOUTHERN DIVISION


### JUDGMENT IN A CIVIL CASE

### UNITED STATES DISTRICT COURT

BRENDA ATUTONU KING, et al.,                    )
                                                )
                                                )
    vs.                      )           Case No. 18-3319-CV-S-MDH
                                                )
WYNDHAM VACATION OWNERSHIP, INC.,               )
et al.,                                         )
                                                )

<u>  </u>   Jury Verdict.   This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

<u>X  </u>   Decision by Court.  This action came to determination before the Court.  The issues have been determined and a decision has been rendered.

It is **THEREFORE ORDERED and ADJUDGED:**

Court hereby **GRANTS** Defendant's Motion to Dismiss for Lack of Jurisdiction over Non-Missouri Claims. (Doc. 3). Counts 1, 2, 3, 4, 5, 9, 10, 11, 12, 13, 15, and 17 are hereby **DISMISSED** for lack of personal jurisdiction.  (Order, Doc. 41)

Defendants' Motion is hereby **GRANTED**. Plaintiffs Ron and Gail Bergschneider, Steve and Rita Cole, and Dennis and Christina Tobin and Defendants are **ORDERED** to submit to arbitration in accordance with the contract documents. Counts VI, VII, and XVIII of the Petition are **DISMISSED** with prejudice. (Order, Doc. 59)

Plaintiffs' petition does not satisfy Rule 9(b), the Court hereby **GRANTS** Defendant's Renewed Motion to Dismiss and **DISMISSES** the petition without prejudice. The Court **DENIES** as moot Defendants' Motion to Dismiss for Failure to Comply with Rule 9(b). (Doc. 5).  (Order, Doc. 70)

Court hereby **GRANTS** Wyndham's Motion for Summary Judgment (Doc. 84) on its counterclaims and enters **JUDGMENT** against Thomas Kohlbeck and Gay Hartfiel on Count I of Wyndham's Counterclaim and against Rita Leake and Roger Leake on Count II of Wyndham's Counterclaim. (Order, Doc. 88)

Court hereby awards **$63,015.85** in favor of WVR and against Roger and Rita Leak. The Court awards **$201,508.53** in favor of WVR and against Gary Hartfiel and Thomas Kohlbeck. (Order, Doc. 89)

**IT IS SO ORDERED**.


_April 7, 2020_____                      _Paige Wymore-Wynn_
Date                                       Clerk of Court


Entered on: _April 7, 2020_          _s/Linda Howard_____
                                    (By) Deputy Clerk