United States District Court for the Southern
District of Missouri

| Thomas Kohlbeck, |
| Gay Hartfiel, |
| Roger Leake, and |
| Rita Leake, |
| |
| Plaintiffs |
| |
| v. |
| |
| Wyndham Vacation |
| Ownership, Inc., and |
| Wyndham Vacation |
| Resorts, Inc., |
| |
| Defendants |

Notice of Appeal

     Notice is hereby given that Thomas Kohlbeck, Gay Hartfield, Roger Leake, and Rita Leake, plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Southern District of Missouri from an order granting monetary damages entered in this action on the 1st day of April, 2020.

     */s/ M. Scott Montgomery*
Attorney for Plaintiff
435 E. Walnut St.
Springfield, MO 65806