# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| BRENDA ATUTONU KING, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 6:18-cv-03319-MDH |
| ) | |
| ) | |
| WYNDHAM VACATION ) | |
| OWNERSHIP, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

After consideration of the names submitted by the parties, and with the consent of the arbitrator, it is **ORDERED** that the Hon. John. C. Holstein (Ret.), is appointed as the Arbitrator in this case. The parties are directed to contact him to make appropriate arrangements in this matter. The Arbitrator's contact information is as follows:

John C. Holstein
850 E. Sterling Ridge Court
Springfield, MO 65810
jholstein@holsteinadr.com
(417) 894-3953

The Arbitrator is directed to conduct the arbitration in a manner consistent with the agreement of the parties as he, in his reasonable discretion, deems practicable. The parties are directed to file status reports in every one-hundred eighty (180) days or within ten (10) days of the Arbitrator's final decision, whichever occurs first.

**IT IS SO ORDERED.**

DATED: August 11, 2020

                                                */s/ Douglas Harpool*
                                                **DOUGLAS HARPOOL**
                                                **UNITED STATES DISTRICT JUDGE**